UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JURAN BATISTE** | : | **CASE NO. 2:24-CV-01231** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CITGO PETROLEUM CORP** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the motion to remand [doc. 8] filed by plaintiff Juran Batiste be granted. The Report and Recommendation [doc. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and that the above-captioned action be, and hereby is, **REMANDED** to the state court from which it was removed.

**THUS DONE AND SIGNED** in Chambers on the 29th day of January, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE